# UNITED STATES DISTRICT COURT
for the
Eastern District of California


FILED
APR 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 6:18-MJ-00014-MJS |
| RUSSELL A. BOSWELL, | ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: YOSEMITE FEDERAL COURTHOUSE
*Place*
9004 CASTLE CLIFF COURT, YOSEMITE, CALIFORNIA 95389
on June 25, 2019 at 10:00 AM in front of Judge Jeremy D. Peterson
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 4/26/2019

_____
*Defendant's signature*

Date: 4/26/19

_____
*Judicial Officer's Signature*

_____
*Printed name and title*